No. 93–6059. WHITE *v.* TEMPLE UNIVERSITY. C. A. 3d Cir. Certiorari denied.

No. 93–6079. WASHINGTON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6089. NORTH *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–6090. HYDER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6091. MOATS *v.* REID ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6092. MORRISON *v.* ASSOCIATES IN INTERNAL MEDICINE ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–6101. WILSON *v.* CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6108. WORONCOW *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 93–6141. PETROS *v.* SANITATION DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6142. DECKER *v.* HALPIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6157. SATTERWHITE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6160. ASHELMAN *v.* LEWIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6174. DURHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6176. BRONSON *v.* ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.